Name, Address, Telephone No. & I.D. No.
Ja Vonne M. Phillips, Esq. SBN 187474
Rami N. Haddad, Esq. SBN 253400
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Order Entered on August 23, 2010 by Clerk U.S. Bankruptcy Court Southern District of California

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In Re Hector H Cortes and Maria E Cortes, Debtors. | BANKRUPTCY NO. 10-11721-MM7 |
|---|---|
| Kondaur Capital Corporation, its assignees and/or successors    Moving Party | RS NO.    RNH-1 |
| Hector H Cortes, Maria E Cortes, Debtors; and Nancy Wolf, Chapter 7 Trustee; and San Diego County Treasurer / Tax, Junior Lien, Respondent(s) | CHAPTER NO. 7 |

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☒ REAL PROPERTY ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through <u>3</u> with exhibits, if any, for a total of <u>3</u> pages, is granted. Motion/Application Docket Entry No. 9

//
//
//
//
//
//
//

DATED: August 22, 2010

_/s/ Margaret M. Mann_
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.
Submitted by:

McCarthy & Holthus, LLP

By: /s/ Rami N. Haddad, Esq.
      Attorney for ☒ Movant ☐ Respondent

CSD 1162

CSD 1162 [08/22/03] (Page 2)    Case 10-11721-MM7    Filed 08/22/10    Doc 18    Pg. 2 of 3

ORDER ON NON CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Hector H Cortes and Maria E Cortes,    CASE NO.: 10-11721-MM7
RS NO.: RNH-1

The Motion of Kondaur Capital Corporation, its assignees and/or successors ("Movant"), for relief from the automatic stay having been filed with the above-entitled court on 7/16/2010, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. *11*, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on 7/16/2010, and

☒ Debtor *(Name)*: Hector H Cortes and Maria E Cortes

☒ Debtor's Attorney *(Name)*: Brian Crozier Whitaker

☒ Trustee *(Name)*: Nancy Wolf

☒ United States Trustee (in Chapter 11 & 12 cases), and

☒ Others, if any *(Name)*:    JUNIOR LIEN HOLDERS
San Diego County Treasurer / Tax
PO Box 129009
San Diego, CA 92112

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☒ The following real property:

    a. Street address of the Property including county and state:

    997 White Alder Avenue, Chula Vista, CA 91914

    San Diego County

    b. Legal description is ☒ attached as Exhibit A or ☐ described below:

2. ☐ The following personal property as described ☐ below or ☐ in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*: **The fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived.**

The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement

IT IS FURTHER ORDERED that Movant may contact the Debtor to comply with California Civil Code Section 2923.5.

*Signed by Judge Margaret M. Mann August 22, 2010*

CSD 1162 [08/22/03]

EXHIBIT A

REF. NO. 10-20217-SP-CA

PARCEL 1:

LOT 132 OF CHULA VISTA TRACT NO. 01-09 EASTLAKE III - WOODS - NEIGHBORHOOD WR-2, WR-5 AND A PORTION OF NEIGHBORHOOD WR-4, IN THE CITY OF CHULA VISTA, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 14579, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, APRIL 29, 2003.

FURTHER EXCEPTING AND RESERVING THEREFROM, ALL OIL, OIL RIGHTS, MINERALS, MINERALS RIGHTS, NATURAL GAS RIGHTS, AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, GEOTHERMAL STEAM AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE PARCEL OF LAND HEREIN ABOVE DESCRIBED, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING, AND OPERATING THEREFORE AND STORING IN AND REMOVING THE SAME FROM SAID LAND OR ANY OTHER LAND, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THOSE HEREIN ABOVE DESCRIBED, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND HEREIN ABOVE DESCRIBED, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, EXPLORE AND OPERATE THROUGH THE SURFACE.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT, IN COMMON WITH OTHER OWNERS, FOR INGRESS, EGRESS, USE AND ENJOYMENT, OVER, IN, TO, AND THROUGHOUT THE COMMUNITY COMMON AREA PURSUANT TO THE TERMS OF THE DECLARATION, WHICH EASEMENT IS APPURTENANT TO THE LOT DESCRIBED ABOVE.

CSD 1162

*Signed by Judge Margaret M. Mann August 22, 2010*